**Patrick SOLOMON, Plaintiff–Appellant,**

v.

**RALEIGH POLICE DEPARTMENT, Defendant–Appellee.**

No. 16–6243

United States Court of Appeals, Fourth Circuit.

Submitted: June 23, 2016

Decided: June 29, 2016

Patrick Solomon, Appellant Pro Se.

Before MOTZ, KING, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Solomon appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the ap-

peal for the reasons stated by the district court. Solomon v. Raleigh Police Dep't, No. 5:16–cv–00041–BO (E.D.N.C. Feb. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED